James Nolan, Plaintiff-Appellee, v. Combined Insurance Company, Campbell, Lowrie, Lautermilch Corporation, Murphy & Miller, Inc., and Carrier Corporation, Defendants, and Hultgren Electric Corporation, Defendant-Appellant.

Gen. No. 52,551. (Abstract of Decision.)

First District, Third Division.

May 22, 1969.

Doyle, Berdelle & Tarpey, of Chicago and Jerome H. Torshen, of Chicago (Jerome H. Torshen, of counsel), for appellant; Horwitz, Anesi & Ozmon, of Chicago (Dario A. Garibaldi, Nat P. Ozmon and Richard A. Lewin, of counsel), for appellee. Opinion by MR. JUSTICE SCHWARTZ. Not to be published in full.